# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

AMERICAN BAY, INC., BAY
ANTOINE, INC., BAYOU SABRE,
INC., RH TRUST OYSTERS,
INC., R.H. TRUST OYSTERS NO.
2, INC., TAMBOUR BAY, INC.,
AND THE DIPLOMAT, INC.

NO.   2022 CW 1094

VERSUS

TEXAS GAS TRANSMISSION, LLC,
CHET MORRISON CONTRACTORS,
L.L.C., AND XYZ COMPANY

**DECEMBER 1, 2022**

---

In Re:   American Bay, Inc., Bay Antoine, Inc., Bayou Sabre,
Inc., RH Trust Oysters, Inc., R.H. Trust Oysters No.
2, Inc., Tambour Bay, Inc., and The Diplomat, Inc.,
applying for supervisory writs, 32nd Judicial District
Court, Parish of Terrebonne, No. 186254.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

   **STAY   DENIED;   WRIT   DENIED.**   The   criteria   set   forth   in
**Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia,
Inc.,** 396 So.2d 878 (La. 1981) (*per curiam*), are not met.

**VGW
JMG
EW**

COURT OF APPEAL, FIRST CIRCUIT

a. Sr

---
DEPUTY CLERK OF COURT
FOR THE COURT